UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JENNY HWANG on behalf of herself and all
others similarly situated,

        Plaintiff,                             REPORT AND
                                                     RECOMMENDATION
    -against-                                 23 CV 5502 (KAM)(RML)

PERTUTTI NEW YORK, INC.,

        Defendant.
----------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Jenny Hwang ("plaintiff") commenced this purported class action on July 20, 2023, asserting claims against defendant Pertutti New York, Inc. ("defendant") under Title III of the Americans with Disabilities Act of 1990, the New York State Human Rights Law, the New York State Civil Rights Law, and the New York City Human Rights Law. (See Complaint, dated July 20, 2023, Dkt. No. 1.) Defendant was served with the summons and complaint on August 4, 2023 (see Proof of Service of Islam Alaaeldin, dated Aug. 4, 2023, Dkt. No. 5), and an answer was due by August 25, 2023. To date, defendant has not appeared or responded to the complaint.

        By order dated October 17, 2023, I directed plaintiff to move for entry of default, or submit a written explanation to the court as to why she has not done so, by October 27, 2023. (See Order, dated Oct. 17, 2023.) My order instructed that "[f]ailure to comply with this order may result in the imposition of sanctions, including a recommendation to Judge Kiyo A. Matsumoto that this case be dismissed for failure to prosecute." (Id.) To date, plaintiff has not moved for entry of default or otherwise contacted the court, and she appears to have abandoned this case. I am therefore constrained to recommend that this case be dismissed for lack of

prosecution. Any objection to this Report and Recommendation must be filed electronically within fourteen (14) days. Failure to file objections within the specified time period waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); see also FED. R. CIV. P. 72(b), 6(a), 6(d).

                                                Respectfully submitted,

                                                /s/
                                                ROBERT M. LEVY
                                                United States Magistrate Judge

Dated: Brooklyn, New York
       November 8, 2023