UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Jenny Hwang,

                    Plaintiff,                  JUDGMENT
      v.                                            23-cv-5502(KAM)(RML)

Pertutti New York, Inc.,

                    Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on December 8, 2023, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated November 8, 2023, dismissing this action in accordance with Federal Rule of Civil Procedure 41(b); it is

       ORDERED and ADJUDGED that this action is dismissed action in accordance with Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York                                          Brenna B. Mahoney
       December 13, 2023                                          Clerk of Court

                                                           By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk